In the Matter of FRANK J. RINALDI, an Attorney.— Proceeding dismissed. Settle order on notice.  Present — Clarke, P. J., Smith, Page and Finch, JJ.

H. WEBER & SON, INC., v. WILLIAM W. SWEET and Others, Impleaded, etc.— Motion denied, without costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

NAGLE PACKING COMPANY v. ISAAC DOERFLINGER.— Motion denied, without costs.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of CHARLES S. HALSTED, Deceased.— Motions granted, with ten dollars costs, unless appellant procure the record on appeal, and appellant's points to be filed so that the appeal can be argued on or before the 3d day of April, 1923.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

RALPH MINKOFF v. SAMUEL HANDELMAN.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so that the appeal can be argued on or before the 6th day of March 1923. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM J. BAXTER v. MORRIS LUSTBERG and Others.— Motion granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed so that the appeal can be argued on or before the 6th day of March, 1923.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HERBERT L. McCANN v. SUNBEAM MOTOR CAR CO., INC.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Page Merrell and Finch, JJ.

In the Matter of the Application of HERMAN D. BOB, Respondent, for an Order to Punish for Contempt GEORGE SALTZMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL SEINIGER, Appellant, v. SAMUEL MARKS and Another, Doing Business under the Name and Style of JEFFERSON SCHOOL, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

DALTON COAL AND COKE COMPANY, INC., Respondent, v. WILLIAM J. FALLON, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ENRIQUE SOLANO Y RAFECAS, Respondent, v. LIONELLO PERERA, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, unless plaintiff complies with terms of order.  No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JACOB M. SCHWARTZ, Respondent, v. WALTER F. ORMSBEE, Defendant, and SAMUEL LANDECKER, Appellant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ELLIS S. OLIVER, Respondent, v. FREDERICK PHINNEY, Impleaded with WALTER L. BUNNELL, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; amended complaint to be served within ten days from service of order.  No opinion.  Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.